IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALJ HILTON, | : |
| Petitioner, | : |
| | CIVIL ACTION NO. 19-0327-WS-MU |
| vs. | : |
| | CRIMINAL NO. 17-00165-WS |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(I)(B) and dated September 28, 2021, is **ADOPTED** as the opinion of this Court.

**DONE** this 7th day of December, 2021.

          s/WILLIAM H. STEELE
          **UNITED STATES DISTRICT JUDGE**

1